# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE, AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|       Plaintiff, ) | |
| V. ) | NO. 3:21-CR-58 |
| ) | |
| COURTNEY PARTIN, ) | |
|       Defendant. ) | |

## MOTION TO CONDUCT PSYCHIATRIC OR PSYCHOLOGICAL EVALUATION PURSUANT TO 18 U.S.C. §§ 4241 and 4242

Comes the Defendant, Courtney Partin, by and through counsel, hereby moves the Court to allow a psychological evaluation pursuant to 18 U.S.C. §§ 4241 and 4242. He asks that the trial proceedings be held in abeyance pending the psychological evaluation to be conducted by the Bureau of Prisons. In support of this motion, defendant would state and show the following:

1. Defense counsel has concerns regarding the present mental capacity of his client, Courtney Partin and his ability to discuss his case with the defense team.

2. Mr. Partin faces a significant period of incarceration. Given the importance of the liberty interests at stake and the necessity of the defendant's assistance, undersigned counsel does not believe that he can represent Mr. Partin effectively without the benefit of a psychological evaluation to determine if he can participate in his own defense.

3. Mr. Partin also files his notice of intent to rely on a defense of insanity as required by 18 U.S.C. § 4242 and Rule 12.2(a) of the Federal Rules of Criminal Procedure.

4. Assistant United States Attorney, LaToyia Carpenter has been made aware that this Motion and Notice will be filed and has no objection.

In consideration of the foregoing, defense counsel asks this Honorable Court to enter an Order committing Mr. Partin to the custody of the Bureau of Prisons pursuant to 18 U.S.C. §§ 4241 and 4242 to conduct a psychiatric or psychological examination and report in regard to his ability to stand trial and a determination as to his sanity at the time of the offense.

Respectfully submitted on the 11th day of June, 2021.

               FEDERAL DEFENDER SERVICES OF
               EASTERN TENNESSEE, INC.

       BY:   s/ *Stephen Ferrell*
            Stephen Ferrell
            Assistant Federal Defender
            Federal Defender Services of Eastern Tennessee
            800 S. Gay St., Suite 2400
            Knoxville, TN 37929

            COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2021, a copy of the foregoing *Motion to Conduct Psychological or Psychiatric Evaluation pursuant to 18 U.S.C. §§ 4241 and 4242* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

               s/ *Stephen Ferrell*