UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED
JUL 21 2021
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

UNITED STATES OF AMERICA

CASE NO. 3:21-CR-58

V.

JUDGES CRYTZER/POPLIN

COURTNEY GARVIN PARTIN
PRO SE,

## Motion To Suppress Evidence

I Courtney Garvin Partin PRO SE, ask the court to suppress all evidence in case no. 3:21-CR-58 because of the 4th Fourth Amendment and 14th Fourteenth Amendment violations against Courtney Garvin Partin, says Arizona v. Gant, 556 U.S. 332 and 4th Fourth and 14th Fourteenth Amendments to the U.S. Constitution.

(1.) On 11-10-2020 at 5:51:17 AM a welfare check was made from 7240 Stinking Creek Road, Pioneer TN 37847 by Daniel and Amy Broyles and no crimes were reported only a welfare check called in to help Courtney Garvin Partin or someone asking for help. (E.M.T. (911) say's it's that crazy Partin boy).

(2.) Police could not reasonably have believed that Courtney Garvin Partin could have accessed the truck at the time of the search.

(3.) Police could not Reasonably have believed that evidence of a offense for which Courtney Garvin Partin was arrested, might have been found in the Toyota Truck since no crime had been reported to have happen, only a welfare cheak was ask for to help Courtney Garvin Partin.

(4.) The Toyota Truck was not in "Reaching distance" of (Courtney Garvin Partin) The person arrested and no crime was reported to have happened.

(5.) On 11-10-2020 at 6:34:32 (Burns) 731 Advised They are doing property check at 7286 Partin resd. (were search was done and no 12-gauge shotgun or 12 gauge shotgun Ammunition at This date and Time) But on a later date and Time a gun was and ammunition and the property was stole from destroyed and the Toyota Truck was stolen and people were in the stolen Truck like a EMT worker.

Courtney Garvin Partin States he was Tring To get help And All This happen, I was a Victom of a crime.

Truly yours,

C P

2 of 2

Courtney Garvin Partin
7-19-2021

To The clerk of The court : (RE): U.S. of A.
Case No. 3:21-CR-58
v.
Courtney Garvin Partin
PRO SE
JUDGES Crytzer/Poplin

My name is Courtney Partin, PRO SE, Filing a motion To Suppress Evidence From The above Referrance case.

Thank you For you Time in This matter.

Truly yours,

Courtney Garvin Partin
7-18-2021

Courtney Partin
440 Hammock Rd.
London, KY 40741

Eastern District of TN
office of the clerk
U.S. District Court Suite 130
800 Market Street
Knoxville, TN 37902

RECEIVED
JUL 21 2021
Clerk, U.S. District Court
Eastern District of Tennessee
Knoxville

INSPECTED

This item mailed from
Laurel Co. Detention Center

Legal mail